# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA MIRSHAFIEE, an individual, | Case No. 2:23-cv-07632-AB-BFM |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER ON STIPULATION TO REMAND CASE TO STATE COURT** |
| v. | |
| MERCEDES-BENZ USA, LLC; WALTER'S AUTO SALES AND SERVICE, INC. DBA WALTER'S MERCEDES-BENZ OF RIVERSIDE, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Per the stipulation of the Parties, this case is **ORDERED** remanded to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED**.

Dated: October 16, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE